No. 00-9820. Alberto Gutierrez v. Cockrell, Director, Texas Department of Criminal Justice, Institutional Division. C. A. 5th Cir. Certiorari denied.

No. 00-9822. Hughes v. Small, Warden. C. A. 9th Cir. Certiorari denied.

No. 00-9823. Hudson v. Angelone, Director, Virginia Department of Corrections. C. A. 4th Cir. Certiorari denied.

No. 00-9825. Flowers v. Haley, Commissioner, Alabama Department of Corrections, et al. C. A. 11th Cir. Certiorari denied.

No. 00-9826. Shabazz v. Cockrell, Director, Texas Department of Criminal Justice, Institutional Division. C. A. 5th Cir. Certiorari denied.

No. 00-9829. Garza v. Cockrell, Director, Texas Department of Criminal Justice, Institutional Division. C. A. 5th Cir. Certiorari denied.

No. 00-9830. Jeffries v. Kapture, Warden. C. A. 6th Cir. Certiorari denied.

No. 00-9831. Lane v. United States. C. A. 11th Cir. Certiorari denied.

No. 00-9833. Flanigan v. Cockrell, Director, Texas Department of Criminal Justice, Institutional Division. C. A. 5th Cir. Certiorari denied.

No. 00-9834. Francisco Gonzalez v. United States. C. A. 11th Cir. Certiorari denied.

No. 00-9839. Rutherford v. United States. C. A. 11th Cir. Certiorari denied.

No. 00-9843. Obi v. United States. C. A. 4th Cir. Certiorari denied.

No. 00-9849. Melvin v. Kelly Springfield Tire Corp. C. A. 4th Cir. Certiorari denied.

No. 00-9850. Kilpatrick v. Meadows, Warden. C. A. 11th Cir. Certiorari denied.